1  Gail E. Cohen (093210)
   Misty A. Murray (196870)
2  BARGER & WOLEN LLP
   633 West Fifth Street, 47th Floor
3  Los Angeles, California 90071
   Telephone: (213) 680-2800
4  Facsimile: (213) 614-7399

5  Attorneys for Defendants
   UNUM Life Insurance Company of America and
6  Community Hospitals of Central California Long-Term
   Disability Plan

7

FILED

2005 JUN 20 P 3:18

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT F̶
BY_____
             DEPUTY

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  MARY ANN LEWIS, an individual, | CASE NO.: 1:05 CV-00459 AWI:SMS |
| 12          Plaintiff, | STIPULATION OF COUNSEL TO CONTINUE JUNE 29, 2005 SCHEDULING CONFERENCE; [~~PROPOSED~~] ORDER THEREON |
| 13     vs. | |
| 14  UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation; | |
| 15  COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA LONG TERM DISABILITY | Original Complaint Filed: April 8, 2005 |
| 16  PLAN, an Employee Welfare Benefit Plan; and DOES 1 through 10, inclusive, | |
| 17          Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

1  WHEREAS, Plaintiff Mary Ann Lewis ("Plaintiff") filed the First Amended Complaint on May 1, 2005, which was served upon Defendants UNUM Life Insurance Company of America ("UNUM") and Community Hospital of Central California Long-Term Disability Plan ("Plan") (collectively "Defendants") on May 19, 2005 and May 20, 2005, respectively;

WHEREAS, Plaintiff granted Defendants a thirty-day extension, up to and including July 8, 2005, to answer or otherwise respond to Plaintiff's Complaint, and a Stipulation to that effect is being filed concurrently herewith;

WHEREAS, the Court has set the Scheduling Conference of this matter for June 29, 2005 at 9:15 a.m. in Courtroom 4 before the Honorable Sandra M. Snyder, U.S. Magistrate Judge;

WHEREAS, the parties agree that the Scheduling Conference should be continued to a date after July 8, 2005, the agreed-upon date for Defendants to file their response to the Complaint;

WHEREAS, good cause exists to continue the Scheduling Conference until after Defendants have filed their responsive pleading as each party will have further opportunity to evaluate the preliminary factual and legal issues of the case and Defendants' response thereto;

NOW THEREFORE, Plaintiff and Defendants by and through their respective counsel of record, hereby stipulate as follows:

That the June 29, 2005 Scheduling Conference be continued to July 13, 2005, or as soon thereafter as the Court deems appropriate.

IT IS SO STIPULATED.

Dated: June 13, 2005                BARGER & WOLEN LLP


                                    By: /s/ Misty A. Murray
                                        GAIL E. COHEN
                                        MISTY A. MURRAY
                                        Attorneys for Defendants UNUM Life
                                        Insurance Company of America and
                                        Community Hospitals of Central
                                        California Long-Term Disability Plan

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071

-2-

| | | |
|---|---|---|
| 1 | Dated: June 10, 2005 | THE CATES FIRM |
| 2 | | |
| 3 | | By: /s/ Alan D. Cates |
| 4 | | ALAN D. CATES |
| | | Attorneys for Plaintiff Mary Ann Lewis |
| 5 | Dated: June 10, 2005 | KRAFCHICK LAW FIRM |
| 6 | | |
| 7 | | |
| 8 | | By: /s/ Steven P. Krafchick |
| | | STEVEN P. KRAFCHICK |
| 9 | | Attorneys for Plaintiff Mary Ann Lewis |

## ORDER

Upon consideration of the foregoing Stipulation, AND FOR GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT the parties' Stipulation shall be the Order of the Court and that the June 29, 2005 Scheduling Conference shall be continued to July 13, 2005, at 9:15 a.m. in Courtroom 4 of the above-entitled court. The parties shall comply with all other matters set forth in the court's original Scheduling Order.

Dated: June 20, 2005

MAGISTRATE JUDGE, UNITED STATE
DISTRICT COURT FOR THE EASTERN
DISTRICT OF CALIFORNIA

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR

-3-