Gail E. Cohen (093210)
Misty A. Murray (196870)
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California  90071
Telephone:  (213) 680-2800
Facsimile:  (213) 614-7399

Attorneys for Defendants
UNUM Life Insurance Company of America
and Community Hospitals of Central
California Long-Term Disability Plan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN LEWIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine corporation; COMMUNITY HOSPITALS OF CENTRAL CALIFORNIA LONG TERM DISABILITY PLAN, an Employee Welfare Benefit Plan; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 1:05 CV-00459 AWI:SMS<br><br>STIPULATION TO CONTINUE PRE-TRIAL AND TRIAL DATES; ORDER THEREON<br><br>Motion C/O: June 2, 2006<br>Pre-Trial Conf: July 14, 2006<br>Trial: August 22, 2006<br><br>Complaint Filed:     April 8, 2005 |

## STIPULATION

WHEREAS, the current motion cut off-date for this case is June 2, 2006;

WHEREAS the Pre-Trial Conference for this case is currently set for July 14, 2006, the last day to file and serve opening briefs is August 8, 2006 and the Trial is set to begin on August 22, 2006;

WHEREAS, the parties participated in private mediation on April 24, 2006 and have continued settlement discussions since that date;

WHEREAS, the parties agreed to continue the pre-trial and trial dates in this case for 45 days in an effort to reach a settlement;

WHEREAS, the requested extension will permit the parties sufficient time to continue settlement negotiations and avoid the additional attorneys' fees and costs preparing dispositive motions by the current June 2, 2006 due date;

WHEREFORE, and in consideration of the above facts, the undersigned parties through their attorneys of record request the Court to authorize the following extensions:

    Motion cut-of date:  July 17, 2006
    Pre-trial conference:  August 25, 2006
    Last Day to File Opening Briefs: September 25, 2006
    Trial date:  October 6, 2006

All other pre-trial dates shall be in accordance with the Local Rules and the Court's Standing Order based upon the continued trial date.

IT IS SO STIPULATED:

By: /s/  Alan D. Cates            By: /s/  Steven P. Krafchick
    Alan D. Cates, Esq.              Steven P. Krafchick, Esq.

| | |
|---|---|
| Attorneys for Plaintiff<br>MARY ANN LEWIS | Attorneys for Plaintiff<br>MARY ANN LEWIS |

BARGER & WOLEN, L.L.P.

By: /s/ Misty A. Murray
Misty A. Murray, Esq.
Gail E. Cohen, Esq.
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA & COMMUNITY
HOSPITALS OF CENTRAL CALIFORNIA
LONG TERM DISABILITY PLAN

**ORDER**

Upon consideration of the foregoing Stipulation, AND FOR GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT the parties' Stipulation shall be the Order of the Court. The new dates shall be as follows:

Motion cut-of date: July 17, 2006

Pre-trial conference: August 25, 2006

Last Day to File Opening Briefs: September 25, 2006

Trial date: October 3, 2006 (Tuesday)

IT IS SO ORDERED.

**Dated:   June 5, 2006**              **/s/ Anthony W. Ishii**

0m8i78              UNITED STATES DISTRICT JUDGE

3